
FILED
MAR 07 2017
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>17484 Remount Road,<br>Huson, Montana | MJ 16-33-M-JCL<br><br>ORDER |

Having considered the United States' Motion to Unseal Search Warrant, Application and Affidavit for Search Warrant and Return and related documents, and good cause appearing

IT IS HEREBY ORDERED that all papers submitted in support of this Application, including the Application, Affidavit, and Search Warrant, in the above-numbered matter, be unsealed by the Office of the Clerk of Court, together with the Order to Seal and Motion for Order to Seal. Said documents shall now become matters of public record.

DATED this 7th day of March, 2017.

Jeremiah C. Lynch
United States Magistrate Judge